IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

ERVIN SINGLETON,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CIVIL ACTION NO.: CV214-168

## ORDER

Presently is the Report and Recommendation of the Magistrate Judge, (doc. 12), wherein the Magistrate Judge recommends that Respondent's Motion to Dismiss be granted. Petitioner Ervin Singleton ("Singleton") has filed Objections to the Magistrate Judge's Report and Recommendation. (Doc. 14.) However, Singleton's Objections do not address the Magistrate Judge's Report and Recommendation. Instead, Singleton reiterates his request for appointment of counsel. The Magistrate Judge has already entered an Order denying such a request, (doc. 17), and Singleton offers no reason for the Court to reconsider that Order.

Singleton's Objections are unresponsive to the Magistrate Judge's Report and Recommendation and are **OVERRULED**. After careful consideration and a *de novo* review, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. Respondent's Motion to Dismiss is **GRANTED**. Singleton's Motion to Vacate, Set Aside, or Correct his Sentence, filed pursuant to 28 U.S.C. § 2255, is **DISMISSED**, with

prejudice, as being untimely filed. The Clerk of Court is directed to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 20th day of May, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA